UNITED STATES of America,
Plaintiff–Appellee,

v.

Rene Urena GONZALEZ, Defendant–
Appellant.

No. 06–15862
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 26, 2007.

Evans D. Prieston, New York, NY, for Plaintiff–Appellee.

Richard A. Rice, Jr., Amy Levin Weil, U.S. Attorney's Office, Northern District of Georgia, Atlanta, GA, for Defendant–Appellant.

Before DUBINA, CARNES, and COX, Circuit Judges.

PER CURIAM:

Evans D. Prieston, counsel for Rene Urena Gonzalez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. As independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw

is **GRANTED,** and Gonzalez's conviction and sentence are **AFFIRMED.**